1 | **THOMPSON COBURN LLP**
**HELEN B. KIM, CSB 138209**
2 | hkim@thompsoncoburn.com
**2029 Century Park East, 19th Floor**
3 | **Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**
4 |

5 | **LATHAM & WATKINS LLP**
**MATTHEW A. BRILL (*pro hac vice*)**
6 | matthew.brill@lw.com
**ANDREW D. PRINS (*pro hac vice*)**
7 | andrew.prins@lw.com
**555 Eleventh Street, NW, Suite 1000**
8 | **Washington, D.C. 20004-1304**

9 |

10 | Attorneys for Defendant CHARTER
COMMUNICATIONS, INC. and
11 | SPECTRUM MANAGEMENT
HOLDING COMPANY, LLC
12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **CENTRAL DISTRICT OF CALIFORNIA**

15 | **EASTERN DIVISION**

16 | STEVE GALLION | CASE NO. 5:17-cv-01361-CAS-KK
Individually and on behalf of all others
17 | similarly situated, | The Hon. Christina A. Snyder

18 | Plaintiff, | **STIPULATION REGARDING EXTENSION OF STAY**

19 | vs. |

20 | CHARTER COMMUNICATIONS, | [[Proposed] Order lodged concurrently]
INC., and SPECTRUM
21 | MANAGEMENT HOLDING
COMPANY, LLC; DOES 1 through 10,
22 | inclusive,

23 | Defendants.

24 |

25 | Plaintiff Steve Gallion ("Plaintiff") and Defendants Charter

26 | Communications, Inc. and Spectrum Management Holding Company, LLC

27 | ("Defendants") (collectively, the "Parties"), by and through their respective

28 | counsel of record, hereby stipulate as follows:

WHEREAS, on February 26, 2018, this Court issued an order providing for a stay of further proceedings pending (1) the decision of the definition an "ATDS" in *ACA International v. FCC*, No. 15-211 (D.C. Cir.), and (2) potential interlocutory appellate review of this Court's order denying Defendants' motion for judgment on the pleadings challenging the constitutionality of 47 U.S.C. § 227(b)(1)(A)(iii) (Dkt. 47); and,

WHEREAS, on April 8, 2020, this Court issued an order removing this case from the Court's active caseload until further application by the parties or order of this Court (Dkt. 60); and,

WHEREAS, the Parties have continued to address the issues in this case; and,

WHEREAS, on October 14, 2020, Plaintiff filed a First Amended Complaint (Dkt. 67) with Defendants' consent; and,

WHEREAS, while Plaintiff's original Complaint alleged violations under 47 U.S.C. § 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act ("TCPA") relating to Defendants' alleged calls to Plaintiff using an "automatic telephone dialing system" ("ATDS") and a prerecorded voice without Plaintiff's prior express consent, Plaintiff's Amended Complaint now pursues claims for alleged violations of the California Invasion of Privacy Act, Cal. Penal Code § 632.7 ("CIPA"); and,

WHEREAS, the U.S. Supreme Court recently agreed to address a circuit split regarding the correct statutory definition of an ATDS—a key issue in Plaintiff's TCPA claim—during this term.  Order Granting Petition for Writ of Certiorari, *Facebook, Inc. v. Noah Duguid*, No. 19-511 (S. Ct. July 9, 2020); and,

WHEREAS, the Supreme Court of California is set to review the issue of whether CIPA applies to parties to the telephone call at issue, which is a significant issue presented by Plaintiff's CIPA claims.  *Smith v. LoanMe, Inc.,* 43 Cal.App.5th 844 (Cal. April 1, 2020); and,

1    WHEREAS, the rulings by the U.S. Supreme Court in *Duguid* and the

2  Supreme Court of California in *Smith* will significantly clarify the legal standards

3  applying to the claims and defenses in this case; and,

4    WHEREAS, the Parties agree that an extension of the existing stay pending

5  the decisions in both *Duguid* and *Smith* will preserve party and judicial resources;

6  and,

7    WHEREAS, the Parties believe additional dispositive motion briefing and

8  discovery regarding the First Amended Complaint should be deferred until after

9  the decisions in both *Duguid* and *Smith*;

10    THEREFORE, the Parties agree that the existing stay should be extended

11  until decisions are rendered in both *Duguid* and *Smith* and that Charter's response

12  to the Amended Complaint shall be filed twenty (20) days after the second decision

13  is issued.

14  DATED:  October 14, 2020        **Respectfully submitted,**

15                                 **LAW OFFICES OF TODD M. FRIEDMAN,**
                                   **P.C.**
16

17

18                                 By:        */s/ Tom Wheeler*

19                                     TODD M. FRIEDMAN
                                       MEGHAN E. GEORGE
20                                     ADRIAN R. BACON
                                       TOM WHEELER
21

22                                 Attorneys for Plaintiff, STEVE GALLION

23

24

25

26

27

28

STIPULATION REGARDING EXTENSION OF STAY

1 | DATED:  October 14, 2020

**Respectfully submitted,**

2 | **THOMPSON COBURN LLP**

3

4

By:        */s/ Helen B. Kim*
5 | HELEN B. KIM

6

**LATHAM & WATKINS LLP**
7 | MATTHEW A. BRILL (*pro hac vice*)
ANDREW D. PRINS (*pro hac vice*)
8 | Attorneys for Defendant CHARTER
COMMUNICATIONS, INC. and
9 | SPECTRUM MANAGEMENT
HOLDING COMPANY, LLC
10

11

12

13 | **ATTESTATION**

14 | Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest under penalty of

15 | perjury that I have obtained concurrence and authorization of Tom Wheeler and to

16 | affix his electronic signature to this filing.

17

18 | DATED:  October 14, 2020

19

By:        */s/ Helen B. Kim*
20 | HELEN B. KIM

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

On October 14, 2020, I served true copies of the following document(s) described as**:**

### **STIPULATION REGARDING EXTENSION OF STAY**

on the interested parties in this action as follows:

| | |
|---|---|
| **Todd M. Friedman** | *Attorneys for Plaintiff* |
| **Meghan E. George** | |
| **Adrian R. Bacon** | |
| **LAW OFFICES OF TODD M.** | |
| **FRIEDMAN, P.C.** | |
| **21550 Oxnard St., Suite 780** | |
| **Woodland Hills, CA  91367** | |
| **Telephone:  (877) 206-4741** | |
| **Facsimile:  (866) 633-0228** | |
| **E-Mail:     tfriedman@toddflaw.com** | |
| **          mgeorge@toddflaw.com** | |
| **          abacon@toddflaw.com** | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 14, 2020, at Los Angeles, California.


Deborah G. Clow                              */s/ Deborah G. Clow*

STIPULATION REGARDING EXTENSION OF STAY