Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEVE GALLION, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

CHARTER COMMUNICATIONS INC., and SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,
Defendants.

Case No. 5:17-cv-01361-CAS-KK

**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY**

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** June 15th, 2021 **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on this 15th Day of June, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on this 15th Day of June, 2021, to:

Honorable Judge Christina A. Snyder
United States District Court
Central District of California

And All Counsel of Record on the Electronic Service List.

s/Todd M. Friedman

Todd M. Friedman, Esq.