UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV17-1361-CAS(KKx) | Date | June 15, 2021 |
|---|---|---|---|
| Title | *STEVE GALLION v. CHARTER COMMUNICATIONS, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY (Filed 06/15/21)[82]

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about June 15, 2021;

IT IS ORDERED that counsel shall file a proper dispositive documentation or a joint report detailing settlement status within 60 days and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |